NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FAST MEMORY ERASE, LLC,**
*Plaintiff-Appellant,*

**v.**

**INTEL CORPORATION, NUMONYX B.V., NUMONYX, INC., SONY ERICSSON MOBILE COMMUNICATIONS AB, SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC., and APPLE INC.,**
*Defendants-Appellees,*

**and**

**MOTOROLA, INC.,**
*Defendant-Appellee.*

---

2010-1302

---

Appeal from the United States District Court for the Northern District of Texas in No. 10-CV-0481, Judge Barbara M.G. Lynn.

---

**JUDGMENT**

---

JEFFREY R. BRAGALONE, Shore Chan Bragalone DePumpo, LLP, of Dallas, Texas, argued for plaintiff-appellant. With him on the brief were PATRICK J. CONROY and THERESA M. DAWSON.

E. Joshua Rosenkranz, Orrick, Herrington & Sutcliffe, LLP, of New York, New York, argued for defendant-appellees, Intel Corporation et al. With him on the brief were Chris R. Ottenweller, Craig R. Kaufman, Steven S. Baik and Stacy B. Margolies, of Menlo Park, California; and Mark S. Davies, of Washington, DC.

Russell E. Levine, Kirkland & Ellis LLP, of Chicago, Illinois, for defendant-appellee, Motorola, Inc. With him on the brief was Nyika O. Strickland.

---

This Cause having been heard and considered, it is

Ordered and Adjudged:

Per Curiam (Rader, *Chief Judge,* Prost and O'Malley, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

Entered by Order of the Court

June 8, 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk